**Order entered September 15, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00352-CR

## ADAM HARRIS MILLIGAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-81830-2016

## ORDER

The record was due July 29, 2017. By postcard dated August 2, 2017, we notified official court reporter Sheri J. Vecera that the reporter's record was overdue and directed her to file the reporter's record by September 1, 2017. To date, the reporter's record has not been filed and we have had no correspondence from Ms. Vecera.

We **ORDER** court reporter Sheri J. Vecera to file, within **TWENTY DAYS** of the date of this order, the complete reporter's record in this appeal. We caution Ms. Vecera that the failure to file the reporter's record by that time will result in the Court taking whatever remedies it has available to ensure the complete reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; to Sheri J. Vecera, official court reporter of the 199th Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE